# EXHIBIT A

Filing # 123858259 E-Filed 03/26/2021 03:08:12 PM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA

JUANA RUIZ,

     Plaintiff,

vs.                     CASE NO.:

WALMART, INC.

     Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, JUANA RUIZ, sues Defendant, WALMART, INC.

(herein after referred to as "WALMART"), and alleges:

## JURISDICTION AND VENUE

1.    This is an action for damages in excess of this Court's jurisdictional threshold of $30,000.00 exclusive of interests and costs.

2.    Venue is proper in this Court as the causes of actionstated herein accrued in Collier County, Florida.

3.    At all material times, Plaintiff, JUANA RUIZ, was an individual who resided in Collier County, Florida.

4.    At all material times, Defendant, WALMART, was a Foreign Profit Corporation duly authorized and licensed to

do business in the State of Florida, has an agent or other representative in Collier County, Florida, and was conducting substantial business activity as a supermarket in Collier County, Florida.

## GENERAL ALLEGATIONS

5.    On or about June 10, 2019 the time of the occurrence of the subject incident, Defendant, WALMART, owned and/or leased the Subject Premises existing at or near 9855 Collier Boulevard in Collier County, Florida.

6.    At the time of the occurrence of the subject incident, Defendant, WALMART, was in exclusive and/or material possession or control of the Subject Premises.

7.    On or about June 10, 2019, JUANA RUIZ went upon the Subject Premises of Defendant, WALMART, as an invitee.

8.    At that time and place, Plaintiff, JUANA RUIZ, was walking down a store isle in the vicinity of the beauty department, when she slipped on a creamy liquid substance, believed to be shampoo, causing her to fall and sustain injury

to her person.

## COUNT I - NEGLIGENCE
## (JUANA RUIZ V. WALMART)

9.    Plaintiff realleges the allegations set forth in paragraphsfive (5) through eight (8) as though set forth herein in full.

10.    At the time of the occurrence of the subject incident, Defendant, WALMART, owed the following duties to Plaintiff as an invitee:

a.    The duty to maintain the Subject Premises in a reasonably safe condition; and

b.    The duty to warn business invitees of the existence of any dangerous or unsafe condition about which Defendant knew or should have known through the exercise of reasonable care.

11.    Defendant, WALMART, breached its duty owed to Plaintiff by:

a.    Failing to reasonably inspect the premises in order to determine whether any unsafe or dangerous condition existed;

b.    Failing to institute, implement, or follow a

policy of reasonable inspection of its premises, and as a result thereof the above-described premises remained in an unsafe condition for an unreasonable amount of time;

c.   Failing to maintain the premises in a reasonably safe condition;

d.   Causing or allowing the creamy liquid substance believed to be shampoo, a transitory foreign substance, to remain on the floor which constituted a dangerous condition as a slip hazard to invitees such as Plaintiff, which the Defendant knew or in the exercise of reasonable care, should have known, at the time of the occurrence of the subject incident; and/or;

e.   Failing to warn Plaintiff of the existence of the dangerous condition of which Defendant knew or, in the exercise of reasonable care, should have known.

f.      Plaintiff was injured as a direct and proximate result of the negligence of Defendant, WALMART.

As a result, Plaintiff has suffered bodily injury and resulting pain and suffering, disability, disfigurement. mental anguish, inconvenience, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, expense of additional household related expenses, loss of earnings, the loss of the ability to earn money, and aggravation of a previously existing condition.  These losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, JUANA RUIZ, demands judgment against Defendant, WALMART, for damages plus costs of this action, prejudgment interest, and any further relief the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury for all issues so triable.

Dated on this 26 day of March 2021.

By: _____

**Benjamin D. Lusk, Esq.**
Florida Bar No. 118789
Lusk, Drasites & Tolisano, P.A.
202 Del Prado Boulevard South
Cape Coral, Florida 33990
Telephone: (239) 574-7442
Email: BLusk@LDTlaw.com
Email: Stephanie@LDTlaw.com